THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS DOROBIALA, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:22-cv-01600-RSM<br><br>**STIPULATION REGARDING CONSOLIDATION MOTION**<br><br>**NOTE ON MOTION CALENDAR:**<br>December 29, 2022 |

On November 9, 2022, Plaintiff Thomas Dorobiala filed a putative class action complaint against Amazon.com, Inc. Dkt. No. 2. On December 12, 2022, Amazon was served a copy of the complaint and summons, making its answer or response to the complaint due on January 3, 2023. On December 15, 2022, Amazon filed a notice of related cases in this and two other actions now pending before this Court: *Daly v. Amazon.com, Inc.*, No. 2:22-cv-00910-RSM, and *Nicholas v. Amazon.com, Inc.*, No. 2:22-cv-01616-RSM (the "Related Actions"). Dkt. No. 7. On December 19, 2022, this case was reassigned to this Court.

On December 28, 2022, Amazon filed a motion to consolidate this action with the Related Actions (the "Consolidation Motion"). The Consolidation Motion is pending in the *Daly* action, as the first-filed action. *See* Daly Dkt. No. 25. Plaintiff intends to oppose consolidation. Amazon and Plaintiff have agreed that Plaintiff may have until Friday, January 20, 2023 to file an opposition to the Consolidation Motion and Amazon may have until Wednesday, February 8, 2023 to file a reply in support of the Consolidation Motion.

STIPULATION REGARDING
CONSOLIDATION MOTION
CASE NO.: 2:22-CV-01600-RSM

- 1 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

In light of the Consolidation Motion, the parties stipulate and agree to suspend the deadline for Amazon to answer or otherwise respond to the complaint in this action to the date that is thirty (30) days after the Court denies Amazon's Consolidation Motion (if that occurs).  If the Court grants Amazon's Consolidation Motion, and does not issue a new case schedule, the parties agree to meet and confer on a schedule for Amazon to answer or otherwise respond to any amended consolidated complaint filed in the consolidated action.

Dated:  December 29, 2022

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:    206.389.4510
Facsimile:     206.389.4511
Email:           bbuckley@fenwick.com

*Counsel for Defendant*
AMAZON.COM, INC.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
Steve W. Berman, WSBA No. 12536
Barbara Mahoney, WSBA No. 31845
1300 2nd Ave., STE 2000
Seattle, WA 98101
Tel.:     206.623.7292
Email:  barbaram@hbsslaw.com
           steve@hbsslaw.com

*Attorneys for Plaintiff*

**SO ORDERED**.

DATED this 4th day of January, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
　　Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:　　206.389.4510
Facsimile:　　206.389.4511
Email:　　　　bbuckley@fenwick.com

*Attorneys for Defendant*
AMAZON.COM, INC.

STIPULATION REGARDING
CONSOLIDATION MOTION
CASE NO.: 2:22-CV-01600-RSM

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101