The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS DOROBIALA,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-01600-RSM<br><br>**NOTICE OF RELATED CASE** |

NOTICE OF RELATED ACTION
CASE NO. 2: 22-CV-01600-RSM
010888-17/2277617 V1



1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292  206.623.0594 FAX

Pursuant to LCR 3(g)(1), Plaintiff Thomas Dorobiala hereby submits this notice of a pending, related case in in the Western District of Washington. The related case is *Federal Trade Commission v. Amazon.com, Inc.*, No. 2:23-cv-0932, ("*FTC Action*").The District has not yet assigned a judge to the FTC Action.

The *FTC Action* is a civil enforcement against Amazon for violations of the Federal Trade Commission Act, 15 U.S.C. §§ 45(m)(1)(A), 53(b), 57b, and the Restore Online Shoppers' Confidence Act, 15 U.S.C. § 8404, whereas in the current action, Plaintiff seeks to represent a proposed class action for violations of the Washington Consumer Protection Act, Wash. Rev. Code §§ 19.86.010, *et seq*. Nonetheless, the later filed *FTC Action* presents overlapping factual allegations and similar legal theories concerning substantially the same transactions alleged by Plaintiff against the same defendant (Amazon), in an action that is likewise brought for the benefit of consumers. Both actions' legal claims require them to prove that Amazon acted deceptively in the design and implementation of the Prime cancellation policy ("Project Iliad") and that the actions were likely to cause consumer injury that the consumers could not reasonably avoid. The factual allegations of the *FTC Action* regarding Project Iliad are virtually identical to those in this action (with additional references to supporting witness statements and Amazon's own internal documents uncovered as part of the FTC's pre-filing investigation). Like Plaintiff, the FTC alleges that through Project Iliad, Amazon has intentionally implemented dark patterns to impede Prime members' efforts to cancel their membership. Like Plaintiff, the FTC alleges that Amazon has employed dark patterns in the wording, graphic design, and redundancies to make its online cancellation process for Prime subscriptions needlessly difficult, time-consuming, and frustrating to users. There will therefore be both "an unduly burdensome duplication of labor and expense" and the potential for "conflicting results if the cases are conducted before different judges." LCR 3(g)(4).

NOTICE OF RELATED ACTION- 1
CASE NO. 2: 22-CV-01600--RSM

HAGENS BERMAN
1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292 206.623.0594 FAX

1  DATED: June 21, 2023        Respectfully submitted,

2                              HAGENS BERMAN SOBOL SHAPIRO LLP

3                              By   */s/ Steve W. Berman*
                                Steve W. Berman (WSBA No. 12536)
4                              By   */s/ Barbara A. Mahoney*
                                Barbara A. Mahoney (WSBA No. 31845)
5                              1301 Second Avenue, Suite 2000
                                Seattle, WA 98101
6                              Telephone: (206) 623-7292
                                Facsimile: (206) 623-0594
7                              steve@hbsslaw.com
                                barbaram@hbsslaw.com
8

NOTICE OF RELATED ACTION- 2
CASE NO. 2: 22-CV-01600--RSM



1 **CERTIFICATE OF SERVICE**

2    I hereby certify that on June 21, 2023, a true and correct copy of the foregoing was filed

3 electronically by CM/ECF, which caused notice to be sent to all counsel of record.

4 　　　　　　　　　　　　　　　　*/s/ Steve W. Berman*
　　　　　　　　　　　　　　　Steve W. Berman

NOTICE OF RELATED ACTION- 3
CASE NO. 2: 22-CV-01600--RSM

**HAGENS BERMAN**
1301 SECOND AVENUE, SUITE 2000, SEATTLE, WA 98101
206.623.7292  206.623.0594 FAX